IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHRISTIE L. PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-421-L |
| | ) | Honorable Tim Leonard |
| 1. DEACONESS HEALTH SYSTEM, LLC, | ) | |
| d/b/a DEACONESS HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO ATTEND STATUS AND SCHEDULING CONFERENCE VIA TELEPHONE

COMES NOW Defendant, Deaconess Hospital ("Hospital" or "Defendant"), and respectfully requests leave of Court to attend the status and scheduling conference scheduled for September 5, 2013, at 10:15 a.m. before Honorable Tim Leonard via telephone. In support of this Motion, Defendant would show the Court as follows:

1. Plaintiff **does not** oppose this Motion.

2. A status and scheduling conference is currently scheduled in this matter before Honorable Tim Leonard at 10:15 a.m. on September 5, 2013.

3. Counsel for Defendant maintains their office in Tulsa, Oklahoma, outside the Western District of Oklahoma, and outside of Oklahoma City, where the U.S. District Court for the Western District of Oklahoma is located.

4. Defendant respectfully requests leave of Court to allow Defendant's counsel to attend the status and scheduling conference via telephone.

## REQUESTED RELIEF

WHEREFORE, for the foregoing reasons Defendant respectfully requests that the Court grant leave for Defendant's counsel to appear at the scheduled status and scheduling conference via telephone.

Respectfully submitted,

**STRECKER & ASSOCIATES, P.C.**

*s/ Yvette B. Hart*
David E. Strecker, OBA #8687
Yvette B. Hart, OBA #19476
Jessica C. Ridenour, OBA #20758
Sean W. Kilian, OBA #31117
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone:  (918) 582-1716
Facsimile:  (918) 582-1780

**ATTORNEYS FOR DEFENDANT
DEACONESS HOSPITAL**

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Raymond C. Durbin, OBA #2554
      601 NW 13th Street
      Oklahoma City, OK 73103-2213
      Telephone:   (405) 521-0577
      Facsimile:    (405) 525-0528
      E-mail:       durbinlaw@flash.net

      **ATTORNEY FOR PLAINTIFF**

      *s/ Yvette Braaks Hart*
      Yvette Braaks Hart