IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

Date:   June 16, 2014

| | |
|---|---|
| Christie L. Patton, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV-13-421-L |
| | ) |
| Deaconess Health System, LLC, | ) |
| | ) |
| Defendant. | ) |

ENTER ORDER:

This matter is hereby scheduled for jury selection and trial beginning Tuesday, August 12, 2014 at 9:30 a.m. before Judge Tim Leonard, U.S. Courthouse, Courtroom No. 502.

By direction of Judge Tim Leonard, we have entered the above enter order.

                                                    Carmelita Reeder Shinn
                                                    Court Clerk


                                                    By: s/Jamie Youngberg
                                                          Deputy Clerk